UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ROBERT WESOLOWSKI,

                          Plaintiff,

                                                                                 DECISION AND ORDER

                                                                                 03-CV-6405L

                    v.

CHRISTOPHER F. KAMAS, et al.,

                          Defendants.
_____

ROBERT WESOLOWSKI,

                          Plaintiff,

                                                                                 03-CV-6424L

                    v.

KATHLEEN WASHBURN, et al.,

                          Defendants.
_____

     By notice of motion filed February 7, 2006, plaintiff Robert Wesolowski moves for an expedited hearing and for a temporary restraining order. (Dkt. # 33 and Dkt. #38). The application for a temporary restraining order is denied and the motion for an expedited hearing is denied as moot.

Plaintiff complains of internal administrative practices at the Southport Correctional Facility concerning utilization of some inmates to act as porters. Plaintiff has filed grievances concerning the matters about which he complains and has discussed these issues with supervisors. The matter is not of such a nature as to require a temporary restraining order and there is substantial doubt as to whether plaintiff would prevail on the merits of the action at trial.

Therefore, plaintiff's motion for a temporary restraining order and for an expedited hearing are in all respects denied.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       February 15, 2006.